# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR290** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MAURICE E. HOLBERT,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 8 be stricken from the record for the following reason:

- Document filed in incorrect case.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 8 from the record.

DATED this 1st day of August, 2005.

                                            BY THE COURT:

                                            s/Thomas D. Thalken
                                            United States Magistrate Judge