IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 8:05CR290 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DETENTION ORDER |
| | ) | |
| MAURICE E. HOLBERT, | ) | |
| | ) | |
| Defendant. | ) | |

A. **Order For Detention**
After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act on August 2, 2005, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. **Statement Of Reasons For The Detention**
The Court orders the defendant's detention because it finds:
　___　By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
　_X_　By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C. **Finding Of Fact**
The Court's findings are based on the evidence which was presented in court and that which was contained in the Pretrial Services Report, and includes the following:
　_X_　(1) Nature and circumstances of the offense charged:
　　　_X_　(a) The crime: possession of a firearm by a felon in violation of 18 U.S.C. § 922(g) carries a maximum sentence of ten years imprisonment.
　　　___　(b) The offense is a crime of violence.
　　　___　(c) The offense involves a narcotic drug.
　　　___　(d) The offense involves a large amount of controlled substances, to wit:
　___　(2) The weight of the evidence against the defendant is high.
　_X_　(3) The history and characteristics of the defendant including:
　　　(a) General Factors:
　　　　___　The defendant appears to have a mental condition which may affect whether the defendant will appear.
　　　　___　The defendant has no family ties in the area.
　　　　_X_　The defendant has no steady employment.
　　　　_X_　The defendant has no substantial financial resources.
　　　　___　The defendant is not a long time resident of the community.
　　　　___　The defendant does not have any significant community ties.
　　　　___　Past conduct of the defendant:
　　　　___　The defendant has a history relating to drug abuse.
　　　　___　The defendant has a history relating to alcohol abuse.
　　　　_X_　The defendant has a significant prior criminal record.
　　　　___　The defendant has a prior record of failure to appear at court proceedings.
　　　(b) At the time of the current arrest, the defendant was on:
　　　　___　Probation

DETENTION ORDER - Page 2

          \_\_\_\_ Parole
          \_\_\_\_ Release pending trial, sentence, appeal or completion of sentence.
   (c) Other Factors:
          \_\_\_\_ The defendant is an illegal alien and is subject to deportation.
          \_\_\_\_ The defendant is a legal alien and will be subject to deportation if convicted.
          \_\_\_\_ The Bureau of Immigration and Custom Enforcement (BICE) has placed a detainer with the U.S. Marshal.
          \_\_\_\_ Other: _____

  **X** (4) The nature and seriousness of the danger posed by the defendant's release are as follows: The defendant has a significant criminal history including crimes of violence. He was apprehended with three firearms, some of them loaded. He resisted arrest and had to be tasered in order to be subdued. Testimony at the detention hearing revealed that the defendant was engaging in drug trafficking.

D. **Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:
1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
2. The defendant be afforded reasonable opportunity for private consultation with counsel; and
3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   August 3, 2005.           BY THE COURT:

                                            s/Thomas D. Thalken
                                           United States Magistrate Judge