# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR290** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MAURICE HOLBERT,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of the government to seal Filing Nos. 24 and 25. The motion is granted and the clerk shall forthwith seal the documents.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2005.

                                                                      BY THE COURT:

                                                                      s/Thomas D. Thalken
                                                                      United States Magistrate Judge