IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  8:05CR290 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MAURICE E. HOLBERT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Maurice E. Holbert  (Filing No. 41).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Maurice E. Holbert (Filing No. 41) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **5th day of June, 2006,** at the hour of **9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 27rd day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge